Skip to Main Content Logout My Account Search Menu Search Civil, Family, Probate and Tax Court Case Records Refine Search Back

Location : All Locations Images Help

# REGISTER OF ACTIONS

## CASE NO. 25CV31591

**Denise Lewis vs Target Corporation, Target Enterprise Inc., Target Food Inc., Target General Merchandise Inc., Target Procurement LLCetal.** § § § § §

Case Type: **Tort - General**
Date Filed: **05/20/2025**
Location: **Multnomah**

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | **Kimco Realty Corporation** | |
| **Defendant** | **Kimco Realty OP, LLC** | |
| **Defendant** | **Target Corporation** | |
| **Defendant** | **Target Enterprise Inc.** | |
| **Defendant** | **Target Food Inc.** | |
| **Defendant** | **Target General Merchandise Inc.** | |
| **Defendant** | **Target Procurement LLC** | |
| **Plaintiff** | **Lewis, Denise** | **Jon A Zbinden**<br>*Retained*<br>503 287-5000(W) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

05/20/2025 Complaint
*Personal Injury; Not Subject to Mandatory Arbitration*
Created: 05/20/2025 2:33 PM

05/20/2025 **Service**

| | | |
|---|---|---|
| Target Corporation | Served | 06/09/2025 |
| | Returned | 06/10/2025 |
| Target Enterprise Inc. | Served | 06/09/2025 |
| | Returned | 06/10/2025 |
| Target Food Inc. | Served | 06/09/2025 |
| | Returned | 06/10/2025 |
| Target General Merchandise Inc. | Served | 06/09/2025 |
| | Returned | 06/10/2025 |
| Target Procurement LLC | Served | 06/10/2025 |
| | Returned | 06/10/2025 |
| Kimco Realty Corporation | Served | 06/09/2025 |
| | Returned | 06/10/2025 |
| Kimco Realty OP, LLC | Served | 06/09/2025 |
| | Returned | 06/10/2025 |

Created: 05/20/2025 2:33 PM

06/10/2025 Proof - Service
Created: 06/11/2025 3:02 PM

06/10/2025 Proof - Service
Created: 06/11/2025 3:03 PM

06/10/2025 Proof - Service
Created: 06/11/2025 3:03 PM

06/10/2025 Proof - Service
Created: 06/11/2025 3:03 PM

06/10/2025 Proof - Service
Created: 06/11/2025 3:03 PM

06/10/2025 Proof - Service
Created: 06/11/2025 3:03 PM

06/10/2025 Proof - Service
Created: 06/11/2025 4:33 PM

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** Lewis, Denise | | | |
| | Total Financial Assessment | | | 594.00 |
| | Total Payments and Credits | | | 594.00 |
| | **Balance Due as of 07/08/2025** | | | **0.00** |
| 05/20/2025 | Transaction Assessment | | | 594.00 |
| 05/20/2025 | xWeb Accessed eFile | Receipt # 2025-346441 | Lewis, Denise | (594.00) |

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| DENISE LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, TARGET ENTERPRISE INC., TARGET FOOD INC., TARGET GENERAL MERCHANDISE INC., TARGET PROCUREMENT LLC, KIMCO REALTY CORPORATION, KIMCO REALTY OP, LLC.<br><br>Defendants. | Case No.<br><br>COMPLAINT FOR PERSONAL INJURY<br><br>CLAIM NOT SUBJECT TO MANDATORY ARBITRATION<br><br>JURY TRIAL REQUESTED<br><br>TOTAL PRAYER AMOUNT: $995,889.08<br>Fee authority: ORS 21.160 (1)(c) |

Plaintiff alleges:

FIRST CLAIM FOR RELIEF

(Negligence – Against Defendants TARGET CORPORATION, TARGET ENTERPRISE INC., TARGET FOOD INC., TARGET GENERAL MERCHANDISE INC., and TARGET PROCUREMENT LLC)

1.

At all times material herein, defendant Target Corporation was a Minnesota Corporation with its principal place of business as 1000 Nicolett Mall, Minneapolis Minnesota.

2.

Defendant Target Corporation business activity recorded with the Oregon Secretary of State Corporation Division is "Retail".

3.

At all times material herein, Target Enterprise Inc., was a Minnesota Corporation with its



ZBINDEN & CURTIS
817 NE Broadway
Portland, OR 97212
(503) 287-5000

principle place of business as 1000 Nicolett Mall, Minneapolis Minnesota.

4.

Defendant Target Enterprise Inc., business activity recorded with the Oregon Secretary of State Corporation Division is "General Business".

5.

At all times material herein, defendant Target Food Inc., was a Minnesota Corporation with its principal place of business as 1000 Nicolett Mall, Minneapolis Minnesota.

6.

Defendant Target Food Inc., business activity recorded with the Oregon Secretary of State Corporation Division is "Food Procurement".

7.

At all times material herein, defendant Target General Merchandise Inc., was a Minnesota Corporation with its principal place of business as 1000 Nicolett Mall, Minneapolis Minnesota.

8.

Defendant Target General Merchandise Inc., business activity recorded with the Oregon Secretary of State Corporation Division is "Import and Domestic Owned General Merchandise Procurement".

9.

At all times material herein, defendant Target Procurement LLC., was a Minnesota Corporation with its principal place of business as 1000 Nicolett Mall, Minneapolis Minnesota.

10.

Defendant Target Procurement LLC., business activity recorded with the Oregon Secretary of State Corporation Division is "Import and Domestic Owned General Merchandise Procurement".

11.

At all times material herein, defendants operate approximately 1,900 Target stores across the United States, as well as e-commerce website selling a broad range of household goods, food, apparel, electronics, and in-store amenities including Starbucks, Target Café, and Target Optical.



ZBINDEN & CURTIS
817 NE Broadway
Portland, OR 97212
(503) 287-5000

12.

At all times material herein, defendants owned or had control of the real property located at 9000 SE Sunnyside Road, Clackamas, Oregon, and operated the Target store.

13.

Store features of the 9000 SE Sunnyside location include: Ulta Beauty at Target, Fresh Grocery, CVS Pharmacy, Apple Experience, wine & beer availability, prepaid cell phones, Starbucks Café, snack bar, AT&T cell phone activations, EV charging.

14.

At all times material herein, plaintiff Denise Lewis was an Oregon resident.

15.

At all times material herein, plaintiff Denise Lewis was a customer and invitee on defendants premises.

16.

On or about December 7, 2023, plaintiff Denise Lewis was caused to slip and fall at defendant's premises, suffering injury.

17.

Denise Lewis was in no way at fault for the fall. She was walking in a reasonable, ordinary manner.

18.

Because plaintiff Denise Lewis was a customer and invitee on defendants' premises, defendants were under a non-delegable duty to use reasonable diligence to ascertain the condition of the premises, to warn plaintiff Denise Lewis, and thus to protect plaintiff from hazardous conditions, and to eliminate hazardous conditions of which defendants knew or in the exercise of reasonable diligence, could or should have known.

19.

ASTM International, formally known as American Society for Testing and Materials has established a consensus technical standard for walking surfaces.



ZBINDEN & CURTIS
817 NE Broadway
Portland, OR 97212
(503) 287-5000

20.

ASTM F1637-21 Standard Practice for Safe Walking Surfaces requires walking surfaces to be slip resistant under expected environmental conditions and use.

21.

At all times material herein, the sidewalk adjacent to defendants' premises transitions into the asphalt parking lot via a sloped, painted red concrete curb as shown below.



22.

As a result of the negligence of defendants and each of them, it was foreseeable that plaintiff or others similarly situated would suffer injury, and in fact, plaintiff was caused physical injuries and pain and suffering as more particularly set forth below.

23.

On or about December 7, 2023, plaintiff Denise Lewis was caused to slip and fall as a result of an unreasonably dangerous condition of the sloped, slippery, red painted concrete walking surface of defendants' premises as shown in paragraph 21 above.



ZBINDEN & CURTIS
817 NE Broadway
Portland, OR 97212
(503) 287-5000

24.

As a result of the negligence of defendants and each of them, plaintiff Denise Lewis has sustained present and future physical and mental pain and suffering; a tearing, twisting, and wrenching of the muscles, tendons, ligaments and nerves of the right ankle, comminuted and displaced fracture of the right distal fibula; plaintiff's normal life activities were lessened and impaired and will be lessened and impaired into the future. Said injuries are permanently disabling. Plaintiff has sustained non-economic damages in the sum of $800,000.00.

25.

Defendants were negligent in one or more of the following particulars:

a. In creating a dangerous condition;

b. In failing to warn plaintiff of the dangerous condition;

c. In failing to eliminate the dangerous condition;

d. In failing to provide a slip-resistant walking surface;

e. In painting the walking surface without a slip-resistant additive to reduce the coefficient of friction for the red painted surface;

f. In creating a walking surface for pedestrians to encounter and navigate the dangerous condition of a sloped, slippery, red painted concrete walking surface.

26.

As a result of the negligence of defendants and each of them, and the injuries received, plaintiff Denise Lewis necessarily incurred doctor and medical expenses in the sum of $120,899.08. Plaintiff will continue to incur medical expenses up and through the time of trial and reserves the right to amend said amount.

27.

As a result of the negligence of defendants and each of them, and the injuries received, plaintiff will necessarily incur future doctor, hospital, therapy and other medical expenses in the sum of $75,000.00.

/ / /



ZBINDEN & CURTIS
817 NE Broadway
Portland, OR 97212
(503) 287-5000

SECOND CLAIM FOR RELIEF

(Negligence – Against Defendants KIMCO REALTY CORPORATION, KIMCO REALTY OP, LLC)

28.

At all times material herein, Kimco Realty Corporation was a State of New York Corporation with its principal place of business as 500 N. Broadway Street, Jericho, New York.

29.

At all times material herein, defendant Kimco Realty Corporation's business actively recorded with the Oregon Secretary of State, Corporation Division is "Owner/Operator Commercial and Other Real Estate".

30.

At all times material herein, defendant Kimco Realty, OP, LLC was a State of New York Corporation with its principal place of business as 500 N. Broadway Street, Jericho, New York.

31.

At all times material herein, defendant Kimco Realty, OP, LLC's business activity recorded with the Oregon Secretary of State Corporation Division is "Owner/Operator Commercial and Other Real Estate".

32.

At all times material herein, defendant Kimco Realty Corporation and Kimco Realty OP, LLC were the owners or had control of the real property located at 9000 SE Sunnyside Road, Clackamas, Oregon.

33.

Plaintiff realleges paragraphs 14-27.

///

///

///



ZBINDEN & CURTIS
817 NE Broadway
Portland, OR 97232
(503) 287-5000

WHEREFORE, plaintiff prays for a judgment against defendants:

FIRST CLAIM FOR RELIEF in the sum of $800,000.00 as and for non-economic damages, together with the sum of $195,889.08 as economic damages and for plaintiff's costs and disbursements incurred herein.

FIRST CLAIM FOR RELIEF in the sum of $800,000.00 as and for non-economic damages, together with the sum of $195,889.08 as economic damages and for plaintiff's costs and disbursements incurred herein.

DATED this 20th day of May 2025.

ZBINDEN & CURTIS:

*/s/ Jon A. Zbinden*

Jon A. Zbinden, OSB No. 824386
of Attorneys for Plaintiff
jon@zbinden-curtis.com



ZBINDEN & CURTIS
817 NE Broadway
Portland, OR 97212
(503) 287-5000

Oregon Courts
Oregon Judicial Department

# An Option for Resolving Your Dispute: Mediation

**Important Notice:** If you are receiving this form as the filing party, you must serve this form on the responding party.

## What is mediation?

- A voluntary way to resolve your case with the help of a neutral person (the mediator). Instead of having a judge decide your case, you can work with a mediator to settle your case. You can still go to trial if you do not reach an agreement.

- The mediator will help you and the other party communicate and come up with options to settle the case. The mediator does not take sides or give legal advice.

## How does mediation work?

- The mediator will explain the process at the beginning of mediation. Parties may meet with the mediator together or the mediator may meet with you each separately. Either party can ask to meet with the mediator alone.

- During mediation, each party has an opportunity to suggest ideas for moving forward. The mediator helps the parties come up with ideas and possible solutions.

- If both parties agree to a resolution, you may not need to go to court or arbitration. There is only a resolution in mediation if both parties agree to it.

## Why should I mediate?

- It can be faster, less expensive, and less stressful than a trial or hearing.
- Parties decide the outcome instead of a judge.
- Parties can find more creative ways to resolve the dispute.
- It's private and confidential (with a few exceptions).
- It gives parties an opportunity to hear each other's perspectives.
- Parties are more likely to follow mediated agreements than court judgments.
- Parties often report higher satisfaction than in a court trial.

## Things to consider before mediation.

There may be times when mediation is not appropriate. Tell your mediator or attorney if:

- Mediation poses a risk to your safety;
- You can't make decisions about your case; or
- You think you'll agree to something you don't want.

The mediator may be able to address your concerns so that you can mediate.

**Where do we meet with the mediator?**

Mediation usually happens in person or by video conference (for example, Zoom or Webex).

**Who chooses the mediator?**

Some courts will provide a mediator in landlord-tenant and small claims cases. The parties may also agree on a private mediator on their own.

Another option is to go through a Community Dispute Resolution Center (CDRC). To find one go to: Oregon Office for Community Dispute Resolution | School of Law (uoregon.edu)

You can also find private mediators using these resources:

- Oregon Mediation Association - Find a Mediator: https://ormediation.org
- The mediator search tool at Mediate.com: https://mediate.com

**How much does mediation cost?**

Some courts offer free mediation services in landlord-tenant and small claims cases. Otherwise, the cost for a mediator varies. Private mediators usually charge by the hour. Community dispute resolution centers (CDRCs) may be less expensive.

**Can I get an interpreter for mediation?**

If the court sends the case to mediation, interpreters are available for people with limited English proficiency and for people who are deaf (ASL) or hard of hearing for free. Please let your mediator or the court know that you will need an interpreter prior to your court date or mediation conference.

**How do I get my case to mediation?**

- The court may refer your case to mediation without you asking.
- You can also ask the court to send your case to mediation by filing a request for mediation (check with your local court for forms).
- You may talk with the other person directly and agree on mediation. If you decide to work with a private mediator, contact the mediator directly to learn more about their process.

**My case is going to arbitration – can I mediate my case instead?**

Yes, some courts have an established mediation program and can refer you to a mediator. In these counties, arbitration is not required if the parties don't agree on an outcome in mediation. Instead, they are referred to a judge for further case processing.

If your court does not have a mediation program, the parties can still choose to mediate with a private mediator but may be required to attend arbitration if they can't agree on an outcome.

# Local Mediation Program Information

Court location: Multnomah

## Mediation Programs

**Small Claims**
The Court requires parties to attend mediation orientation. If parties choose to mediate, a mediator will be provided for free.

**Landlord Tenant**
The Court does not provide mediators in Landlord Tenant cases. Parties can request mediation and must hire a mediator at their own expense.

**Civil**
The Court does not provide mediators in Civil cases. Parties can request mediation and must hire a mediator at their own expense.

**Probate**
The Court does not provide mediators in Probate cases. Parties can request mediation and must hire a mediator at their own expense.

**Find more information on our website:**

Oregon Judicial Department : Mediation : Programs & Services : State of Oregon

**www.courts.oregon.gov/courts/multnomah/programs-services/Pages/mediation.aspx**

Visit the court's website for this form in Spanish, Korean, Russian, Traditional Chinese, Arabic and Vietnamese.

MULTNOMAH CIRCUIT COURT

# RETURN OF SERVICE

**IN THE CIRCUIT COURT OF THE STATE OF OREGON
IN AND FOR THE COUNTY OF MULTNOMAH**

Case Number: 25CV31591

Plaintiff: **DENISE LEWIS,**
vs.
Defendant: **TARGET CORPORATION, TARGET ENTERPRISE INC., TARGET FOOD INC., TARGET GENERAL MERCHANDISE INC., TARGET PROCUREMENT LLC, KIMCO REALTY CORPORATION, KIMCO REALTY OP, LLC.**

Service Documents:
SUMMONS; COMPLAINT FOR PERSONAL INJURY & MEDIATION NOTICE

For:
ZBINDEN & CURTIS
P.O. Box 12169
Portland, OR 97212

Received by Barrister Support dba Malstrom's Process Serving on the 6th day of June, 2025 at 11:11 am to be served on **TARGET GENERAL MERCHANDISE INC R/A: CT CORPORATION SYSTEM, 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301**.

I, P. Bustamante, do hereby affirm that on the **9th day of June, 2025** at **10:32 am, I:**

SERVED **TARGET GENERAL MERCHANDISE INC R/A: CT CORPORATION SYSTEM at** 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301 by personally serving a true copy of the SUMMONS; COMPLAINT FOR PERSONAL INJURY & MEDIATION NOTICE upon EDEN CLOVERGLADE, the clerk on duty in the office of the Registered Agent and who is authorized to accept service.

**CERTIFICATION OF MAILING:** I Rebecca Lundin certify that on **6/9/2025** a true copy of SUMMONS; COMPLAINT FOR PERSONAL INJURY & MEDIATION NOTICE and this Return of Service were mailed to TARGET GENERAL MERCHANDISE INC to 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301 by First Class Mail, postage paid.

X [signature]

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.
I hereby declare that the above statement is true to the best of my knowledge and belief, and that it is made for use as evidence in court and is subject to penalty for perjury.

P. Bustamante
**P. Bustamante**
Process Server

6/9/2025
**Date**

**Barrister Support dba Malstrom's Process Serving
PO Box 3474
Salem, OR 97302**

Our Job Serial Number: TSB-2025002907
Ref: Denise Lewis

SUB-SERVICE COPY

SUB-SERVICE COPY

Barrister Malstroms
967 N Cascade DR
Woodburn, OR 97071

$0.97 0
US POSTAGE IMI
FIRST-CLASS
063S0001959793
FROM 97302

SUB-SERVICE COPY

Target General Merchandise, Inc.
R/A: CT Corporation System
780 Commercial St SE Ste 100
Salem, Or 97301

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**

**FOR THE COUNTY OF MULTNOMAH**

| | |
|---|---|
| DENISE LEWIS,<br><br>Plaintiff,<br>v.<br><br>TARGET CORPORATION, TARGET ENTERPRISE INC., TARGET FOOD INC., TARGET GENERAL MERCHANDISE INC., TARGET PROCUREMENT LLC, KIMCO REALTY CORPORATION, KIMCO REALTY OP, LLC.<br><br>Defendants. | Case No. 25CV31591<br><br>SUMMONS |

To: **Target General Merchandise, Inc**
**In c/o Registered Agent: CT Corporation System**
**780 Commercial St. SE., Suite 100**
**Salem, OR 97301**

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff. If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

Jon A. Zbinden, OSB# 824386
ATTORNEY'S/AUTHOR'S NAME (TYPED OR PRINTED)

ZBINDEN & CURTIS P.O. Box 12169
ADDRESS
Portland OR 97212-0169 (503) 287-5000
CITY STATE ZIP PHONE

TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED) BAR NO.

STATE OF OREGON, County of Multnomah) ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

ATTORNEY FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY FOR PLAINTIFF(S)

# RETURN OF SERVICE

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
**IN AND FOR THE COUNTY OF MULTNOMAH**

Case Number: 25CV31591

Plaintiff: **DENISE LEWIS,**
vs.
Defendant: **TARGET CORPORATION, TARGET ENTERPRISE INC., TARGET FOOD INC., TARGET GENERAL MERCHANDISE INC., TARGET PROCUREMENT LLC, KIMCO REALTY CORPORATION, KIMCO REALTY OP, LLC.**

Service Documents:
SUMMONS; COMPLAINT FOR PERSONAL INJURY & MEDIATION NOTICE

For:
ZBINDEN & CURTIS
P.O. Box 12169
Portland, OR 97212

Received by Barrister Support dba Malstrom's Process Serving on the 6th day of June, 2025 at 11:11 am to be served on **TARGET FOOD INC R/A: CT CORPORATION SYSTEM, 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301**.

I, P. Bustamante, do hereby affirm that on the **9th day of June, 2025** at **10:32 am, I:**

SERVED **TARGET FOOD INC R/A: CT CORPORATION SYSTEM at** 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301 by personally serving a true copy of the SUMMONS; COMPLAINT FOR PERSONAL INJURY & MEDIATION NOTICE upon EDEN CLOVERGLADE, the clerk on duty in the office of the Registered Agent and who is authorized to accept service.

**CERTIFICATION OF MAILING:** I Rebecca Lundin certify that on **6/9/2025** a true copy of SUMMONS; COMPLAINT FOR PERSONAL INJURY & MEDIATION NOTICE and this Return of Service were mailed to TARGET FOOD INC to 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301 by First Class Mail, postage paid.
X______________________

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.
I hereby declare that the above statement is true to the best of my knowledge and belief, and that it is made for use as evidence in court and is subject to penalty for perjury.

P. Bustamante
**P. Bustamante**
Process Server

6/9/2025
**Date**

**Barrister Support dba Malstrom's Process Serving**
**PO Box 3474**
**Salem, OR 97302**

Our Job Serial Number: TSB-2025002906
Ref: Denise Lewis

SUB-SERVICE COPY

2906

SUB-SERVICE COPY

Barrister Malstroms
947 N. Cascade DR
Woodburn, OR 97071

$0.97 0
US POSTAGE IMI
FIRST-CLASS
063S0001959793
FROM 97302

SUB-SERVICE COPY

Target Food Inc.
R/A: CT Corporation System
780 Commercial St SE Ste 100
Salem, O. 97301

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**

**FOR THE COUNTY OF MULTNOMAH**

| | |
|---|---|
| DENISE LEWIS,<br><br>Plaintiff,<br>v.<br><br>TARGET CORPORATION, TARGET ENTERPRISE INC., TARGET FOOD INC., TARGET GENERAL MERCHANDISE INC., TARGET PROCUREMENT LLC, KIMCO REALTY CORPORATION, KIMCO REALTY OP, LLC.<br><br>Defendants. | Case No. 25CV31591<br><br>SUMMONS |

To: **Target Food Inc**
**In c/o Registered Agent: CT Corporation System**
**780 Commercial St. SE., Suite 100**
**Salem, OR 97301**

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff. If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

Jon A. Zbinden, OSB# 824386
ATTORNEY'S/AUTHOR'S NAME (TYPED OR PRINTED)

ZBINDEN & CURTIS P.O. Box 12169
ADDRESS
Portland OR 97212-0169 (503) 287-5000
CITY STATE ZIP PHONE

TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED) BAR NO.

STATE OF OREGON, County of Multnomah) ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

ATTORNEY FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY FOR PLAINTIFF(S)

# RETURN OF SERVICE

**IN THE CIRCUIT COURT OF THE STATE OF OREGON
IN AND FOR THE COUNTY OF MULTNOMAH**

Case Number: 25CV31591

Plaintiff: **DENISE LEWIS,**
vs.
Defendant: **TARGET CORPORATION, TARGET ENTERPRISE INC., TARGET FOOD INC., TARGET GENERAL MERCHANDISE INC., TARGET PROCUREMENT LLC, KIMCO REALTY CORPORATION, KIMCO REALTY OP, LLC.**

Service Documents:
SUMMONS; COMPLAINT FOR PERSONAL INJURY & MEDIATION NOTICE

For:
ZBINDEN & CURTIS
P.O. Box 12169
Portland, OR 97212

Received by Barrister Support dba Malstrom's Process Serving on the 6th day of June, 2025 at 11:11 am to be served on **TARGET CORPORATION R/A: CT CORPORATION SYSTEM, 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301**.

I, P. Bustamante, do hereby affirm that on the **9th day of June, 2025** at **10:32 am, I:**

SERVED **TARGET CORPORATION R/A: CT CORPORATION SYSTEM at** 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301 by personally serving a true copy of the SUMMONS; COMPLAINT FOR PERSONAL INJURY & MEDIATION NOTICE upon EDEN CLOVERGLADE, the clerk on duty in the office of the Registered Agent and who is authorized to accept service.

**CERTIFICATION OF MAILING:** I Rebecca Lundin certify that on **6/9/2025** a true copy of SUMMONS; COMPLAINT FOR PERSONAL INJURY & MEDIATION NOTICE and this Return of Service were mailed to TARGET CORPORATION to 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301 by First Class Mail, postage paid.

X________________________

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.
I hereby declare that the above statement is true to the best of my knowledge and belief, and that it is made for use as evidence in court and is subject to penalty for perjury.

P. Bustamante
________________________
**P. Bustamante**
Process Server

6/9/2025
________________________
**Date**

**Barrister Support dba Malstrom's Process Serving
PO Box 3474
Salem, OR 97302**

Our Job Serial Number: TSB-2025002904
Ref: Denise Lewis

Barrister Malstroms
967 N. Cascade Dr
Woodburn, OR 97071

$0.97 0
US POSTAGE IMI
FIRST-CLASS
063S0001959793
FROM 97302

SUB-SERVICE
COPY

Target Corporation
R/A: CT Corporation System
780 Commercial St SE
Suite 100
Salem, OR 97301

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**

**FOR THE COUNTY OF MULTNOMAH**

| | |
|---|---|
| DENISE LEWIS,<br><br>Plaintiff,<br>v.<br><br>TARGET CORPORATION, TARGET ENTERPRISE INC., TARGET FOOD INC., TARGET GENERAL MERCHANDISE INC., TARGET PROCUREMENT LLC, KIMCO REALTY CORPORATION, KIMCO REALTY OP, LLC.<br><br>Defendants. | Case No. 25CV31591<br><br>SUMMONS |

To: **Target Corporation**
**In c/o Registered Agent: CT Corporation System**
**780 Commercial St. SE., Suite 100**
**Salem, OR 97301**

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff. If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

Jon A. Zbinden, OSB# 824386
ATTORNEY'S/AUTHOR'S NAME (TYPED OR PRINTED)

ZBINDEN & CURTIS P.O. Box 12169
ADDRESS
Portland OR 97212-0169 (503) 287-5000
CITY STATE ZIP PHONE

TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED) BAR NO.

STATE OF OREGON, County of Multnomah) ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

ATTORNEY FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY FOR PLAINTIFF(S)

# RETURN OF SERVICE

**IN THE CIRCUIT COURT OF THE STATE OF OREGON
IN AND FOR THE COUNTY OF MULTNOMAH**

Case Number: 25CV31591

Plaintiff: **DENISE LEWIS,**
vs.
Defendant: **TARGET CORPORATION, TARGET ENTERPRISE INC., TARGET FOOD INC., TARGET GENERAL MERCHANDISE INC., TARGET PROCUREMENT LLC, KIMCO REALTY CORPORATION, KIMCO REALTY OP, LLC.**

Service Documents:
SUMMONS; COMPLAINT FOR PERSONAL INJURY & MEDIATION NOTICE

For:
ZBINDEN & CURTIS
P.O. Box 12169
Portland, OR 97212

Received by Barrister Support dba Malstrom's Process Serving on the 6th day of June, 2025 at 11:11 am to be served on **TARGET ENTERPRISE INC R/A: CT CORPORATION SYSTEM, 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301**.

I, P. Bustamante, do hereby affirm that on the **9th day of June, 2025** at **10:32 am, I:**

SERVED **TARGET ENTERPRISE INC R/A: CT CORPORATION SYSTEM at** 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301 by personally serving a true copy of the SUMMONS; COMPLAINT FOR PERSONAL INJURY & MEDIATION NOTICE upon EDEN CLOVERGLADE, the clerk on duty in the office of the Registered Agent and who is authorized to accept service.

**CERTIFICATION OF MAILING:** I Rebecca Lundin certify that on **6/9/2025** a true copy of SUMMONS; COMPLAINT FOR PERSONAL INJURY & MEDIATION NOTICE and this Return of Service were mailed to TARGET ENTERPRISE INC to 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301 by First Class Mail, postage paid.

X____________________

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.
I hereby declare that the above statement is true to the best of my knowledge and belief, and that it is made for use as evidence in court and is subject to penalty for perjury.

P. Bustamante
**P. Bustamante**
Process Server

6/9/2025
**Date**

**Barrister Support dba Malstrom's Process Serving
PO Box 3474
Salem, OR 97302**

Our Job Serial Number: TSB-2025002905
Ref: Denise Lewis

SUB-SERVICE COPY

2905

SUB-SERVICE COPY

Barrister Malstroms
947 N Cascade DR.
Woodburn, OR 97071

$0.97 0
US POSTAGE IMI
FIRST-CLASS
063S0001959793
FROM 97302

Target Enterprise Inc.
R/A: CT Corporation System
790 Commercial St SE Ste 100
Salem, Or. 97301

SUB-SERVICE
COPY

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**

**FOR THE COUNTY OF MULTNOMAH**

| | |
|---|---|
| DENISE LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, TARGET ENTERPRISE INC., TARGET FOOD INC., TARGET GENERAL MERCHANDISE INC., TARGET PROCUREMENT LLC, KIMCO REALTY CORPORATION, KIMCO REALTY OP, LLC.<br><br>Defendants. | Case No. 25CV31591<br><br>SUMMONS |

To: **Target Enterprise Inc**
**In c/o Registered Agent: CT Corporation System**
**780 Commercial St. SE., Suite 100**
**Salem, OR 97301**

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff. If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

Jon A. Zbinden, OSB# 824386
ATTORNEY'S/AUTHOR'S NAME (TYPED OR PRINTED)

ZBINDEN & CURTIS P.O. Box 12169
ADDRESS
Portland OR 97212-0169 (503) 287-5000
CITY STATE ZIP PHONE

TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED) BAR NO.

STATE OF OREGON, County of Multnomah) ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

ATTORNEY FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY FOR PLAINTIFF(S)

# RETURN OF SERVICE

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
**IN AND FOR THE COUNTY OF MULTNOMAH**

Case Number: 25CV31591

Plaintiff: **DENISE LEWIS,**
vs.
Defendant: **TARGET CORPORATION, TARGET ENTERPRISE INC., TARGET FOOD INC., TARGET GENERAL MERCHANDISE INC., TARGET PROCUREMENT LLC, KIMCO REALTY CORPORATION, KIMCO REALTY OP, LLC.**

Service Documents:
SUMMONS; COMPLAINT FOR PERSONAL INJURY & MEDIATION NOTICE

For:
ZBINDEN & CURTIS
P.O. Box 12169
Portland, OR 97212

Received by Barrister Support dba Malstrom's Process Serving on the 6th day of June, 2025 at 11:11 am to be served on **KIMCO REALTY OP. LLC R/A: CT CORPORATION SYSTEM, 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301**.

I, P. Bustamante, do hereby affirm that on the **9th day of June, 2025** at **10:32 am, I:**

SERVED **KIMCO REALTY OP. LLC R/A: CT CORPORATION SYSTEM at** 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301 by personally serving a true copy of the SUMMONS; COMPLAINT FOR PERSONAL INJURY & MEDIATION NOTICE upon EDEN CLOVERGLADE, the clerk on duty in the office of the Registered Agent and who is authorized to accept service.

**CERTIFICATION OF MAILING:** I Rebecca Lundin certify that on **6/9/2025** a true copy of SUMMONS; COMPLAINT FOR PERSONAL INJURY & MEDIATION NOTICE and this Return of Service were mailed to KIMCO REALTY OP. LLC to 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301 by First Class Mail, postage paid.

X [signature]

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.
I hereby declare that the above statement is true to the best of my knowledge and belief, and that it is made for use as evidence in court and is subject to penalty for perjury.

P. Bustamante

**P. Bustamante**
Process Server

6/9/2025

**Date**

**Barrister Support dba Malstrom's Process Serving**
**PO Box 3474**
**Salem, OR 97302**

Our Job Serial Number: TSB-2025002903
Ref: Denise Lewis

SUB-SERVICE COPY

SUB-SERVICE COPY

Barrister Malstroms
947 N Cascade DR
Woodburn, OR 97071

$0.97 0
US POSTAGE IMI
FIRST-CLASS
063S0001959793
FROM 97302

SUB-SERVICE COPY

Kimco Realty OP, Ltd
RA: CT Corporation System
780 Commercial St SE Ste 100
Salem, Or. 97301

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**

**FOR THE COUNTY OF MULTNOMAH**

| | | |
|---|---|---|
| DENISE LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, TARGET ENTERPRISE INC., TARGET FOOD INC., TARGET GENERAL MERCHANDISE INC., TARGET PROCUREMENT LLC, KIMCO REALTY CORPORATION, KIMCO REALTY OP, LLC.<br><br>Defendants. | ) | Case No. 25CV31591<br><br>SUMMONS |

To: **Kimco Realty OP, LLC**
**In c/o Registered Agent: CT Corporation System**
**780 Commercial St. SE., Suite 100**
**Salem, OR 97301**

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff. If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

Jon A. Zbinden, OSB# 824386
ATTORNEY'S/AUTHOR'S NAME (TYPED OR PRINTED)

ZBINDEN & CURTIS P.O. Box 12169
ADDRESS
Portland OR 97212-0169 (503) 287-5000
CITY STATE ZIP PHONE

TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED) BAR NO.

STATE OF OREGON, County of Multnomah) ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

ATTORNEY FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY FOR PLAINTIFF(S)

# RETURN OF SERVICE

**IN THE CIRCUIT COURT OF THE STATE OF OREGON
IN AND FOR THE COUNTY OF MULTNOMAH**

Case Number: 25CV31591

Plaintiff: **DENISE LEWIS,**
vs.
Defendant: **TARGET CORPORATION, TARGET ENTERPRISE INC., TARGET FOOD INC., TARGET GENERAL MERCHANDISE INC., TARGET PROCUREMENT LLC, KIMCO REALTY CORPORATION, KIMCO REALTY OP, LLC.**

Service Documents:
SUMMONS; COMPLAINT FOR PERSONAL INJURY & MEDIATION NOTICE

For:
ZBINDEN & CURTIS
P.O. Box 12169
Portland, OR 97212

Received by Barrister Support dba Malstrom's Process Serving on the 6th day of June, 2025 at 11:11 am to be served on **KIMCO REALTY CORPORATION R/A: CT CORPORATION SYSTEM, 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301**.

I, P. Bustamante, do hereby affirm that on the **9th day of June, 2025** at **10:32 am, I:**

SERVED **KIMCO REALTY CORPORATION R/A: CT CORPORATION SYSTEM at** 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301 by personally serving a true copy of the SUMMONS; COMPLAINT FOR PERSONAL INJURY & MEDIATION NOTICE upon EDEN CLOVERGLADE, the clerk on duty in the office of the Registered Agent and who is authorized to accept service.

**CERTIFICATION OF MAILING:** I Rebecca Lundin certify that on **6/9/2025** a true copy of SUMMONS; COMPLAINT FOR PERSONAL INJURY & MEDIATION NOTICE and this Return of Service were mailed to KIMCO REALTY CORPORATION to 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301 by First Class Mail, postage paid.

X_______________________

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.
I hereby declare that the above statement is true to the best of my knowledge and belief, and that it is made for use as evidence in court and is subject to penalty for perjury.

P. Bustamante
**P. Bustamante**
Process Server

6/9/2025
**Date**

**Barrister Support dba Malstrom's Process Serving
PO Box 3474
Salem, OR 97302**

Our Job Serial Number: TSB-2025002902
Ref: Denise Lewis

SUB-SERVICE COPY

2902

SUB-SERVICE COPY

Barrister Malotrons
967 N Cascade DR
Woodburn, OR 97071

$0.970
US POSTAGE IMI
FIRST-CLASS
063S0001959793
FROM 97302

SUB-SERVICE COPY

Kimco Realty Corporation
R/A: CT Corporation System
780 Commercial St SE Ste 100
Salem, Or. 97301

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**

**FOR THE COUNTY OF MULTNOMAH**

| | |
|---|---|
| DENISE LEWIS,<br><br>Plaintiff,<br>v.<br><br>TARGET CORPORATION, TARGET ENTERPRISE INC., TARGET FOOD INC., TARGET GENERAL MERCHANDISE INC., TARGET PROCUREMENT LLC, KIMCO REALTY CORPORATION, KIMCO REALTY OP, LLC.<br><br>Defendants. | Case No. 25CV31591<br><br>SUMMONS |

To: **Kimco Realty Corporation**
**In c/o Registered Agent: CT Corporation System**
**780 Commercial St. SE., Suite 100**
**Salem, OR 97301**

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff. If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

Jon A. Zbinden, OSB# 824386
ATTORNEY'S/AUTHOR'S NAME (TYPED OR PRINTED)

ZBINDEN & CURTIS P.O. Box 12169
ADDRESS
Portland OR 97212-0169 (503) 287-5000
CITY STATE ZIP PHONE

TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED) BAR NO.

STATE OF OREGON, County of Multnomah) ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

ATTORNEY FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY FOR PLAINTIFF(S)

6/10/2025 3:34 PM
25CV31591

# RETURN OF SERVICE

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
**IN AND FOR THE COUNTY OF MULTNOMAH**

Case Number: 25CV31591

Plaintiff: **DENISE LEWIS,**
vs.
Defendant: **TARGET CORPORATION, TARGET ENTERPRISE INC., TARGET FOOD INC., TARGET GENERAL MERCHANDISE INC., TARGET PROCUREMENT LLC, KIMCO REALTY CORPORATION, KIMCO REALTY OP, LLC.**

Service Documents:
SUMMONS; COMPLAINT FOR PERSONAL INJURY & MEDIATION NOTICE

For:
ZBINDEN & CURTIS
P.O. Box 12169
Portland, OR 97212

Received by Barrister Support dba Malstrom's Process Serving on the 6th day of June, 2025 at 11:11 am to be served on **TARGET PROCUREMENT, LLC. R/A: CT CORPORATION SYSTEM, 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301**.

I, P. Bustamante, do hereby affirm that on the **10th day of June, 2025** at **12:22 pm, I:**

SERVED **TARGET PROCUREMENT, LLC. R/A: CT CORPORATION SYSTEM at** 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301 by personally serving a true copy of the SUMMONS; COMPLAINT FOR PERSONAL INJURY & MEDIATION NOTICE upon EDEN CLOVERGLADE, the clerk on duty in the office of the Registered Agent and who is authorized to accept service.

**CERTIFICATION OF MAILING:** I Rebecca Lundin certify that on **6/10/2025** a true copy of SUMMONS; COMPLAINT FOR PERSONAL INJURY & MEDIATION NOTICE and this Return of Service were mailed to TARGET PROCUREMENT, LLC. to 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301 by First Class Mail, postage paid.
X

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.
I hereby declare that the above statement is true to the best of my knowledge and belief, and that it is made for use as evidence in court and is subject to penalty for perjury.

P. Bustamante
**P. Bustamante**
Process Server
6/10/2025
**Date**

**Barrister Support dba Malstrom's Process Serving**
**PO Box 3474**
**Salem, OR 97302**

Our Job Serial Number: TSB-2025002977
Ref: Denise Lewis

SUB-SERVICE COPY

2977

SUB-SERVICE COPY

Barrister Malstroms
967 N. Cascade DR
Woodburn, OR 97071

$0.97 0
US POSTAGE IMI
FIRST-CLASS
063S0001959793
FROM 97302

Target Procurement, LLC
R/A: CT Corporation System
780 Commercial St SE Ste 100
Salem, OR 97301

SUB-SERVICE COPY

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**

**FOR THE COUNTY OF MULTNOMAH**

| | |
|---|---|
| DENISE LEWIS,<br><br>Plaintiff,<br>v.<br><br>TARGET CORPORATION, TARGET ENTERPRISE INC., TARGET FOOD INC., TARGET GENERAL MERCHANDISE INC., TARGET PROCUREMENT LLC, KIMCO REALTY CORPORATION, KIMCO REALTY OP, LLC.<br><br>Defendants. | Case No. 25CV31591<br><br>SUMMONS |

To: **Target Procurement,** LLC
**In c/o Registered Agent: CT Corporation System**
**780 Commercial St. SE., Suite 100**
**Salem, OR 97301**

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff. If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

Jon A. Zbinden, OSB# 824386
ATTORNEY'S/AUTHOR'S NAME (TYPED OR PRINTED)

ZBINDEN & CURTIS P.O. Box 12169
ADDRESS
Portland OR 97212-0169 (503) 287-5000
CITY STATE ZIP PHONE

TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED) BAR NO.

STATE OF OREGON, County of Multnomah) ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

ATTORNEY FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY FOR PLAINTIFF(S)