Francis J. Torrence, OSB #175186
Francis.Torrence@lewisbrisbois.com
Cristen N. Campbell, OSB #120753
Cristen.Campbell@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

Attorneys for Defendants Target Corporation;
Target Enterprise Inc.; Target Food Inc.; and
Target Procurement LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

DENISE LEWIS,

Plaintiff,

vs.

TARGET CORPORATION; TARGET ENTERPRISE INC.; TARGET FOOD INC.; TARGET PROCUREMENT LLC; KIMCO REALTY CORPORATION; and KIMCO REALTY OP, LLC,

Defendants.

Case No. 3:25-CV-01186-MC

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS' TARGET CORPORATION; TARGET ENTERPRISE INC.; TARGET FOOD INC.; AND TARGET PROCUREMENT LLC**

TO: CLERK OF THE COURT

AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Sarah Tuthill-Kveton and Rachel E. Meche and John R. Barhoum of Chock Barhoum hereby withdraw as counsel of record for Defendants Target

Corporation; Target Enterprise Inc.; Target Food Inc.; and Target Procurement LLC. You are further notified that Francis J. Torrence and Cristen N. Campbell of Lewis Brisbois Bisgaard & Smith LLP substitute in as counsel of record for Defendants Target Corporation; Target Enterprise Inc.; Target Food Inc.; and Target Procurement LLC.

All further papers and pleadings, except service of original process, should be served upon counsel for Defendants at the address below.

Francis J. Torrence, OSB #175186
Francis.Torrence@lewisbrisbois.com
Cristen N. Campbell, OSB #120753
Cristen.Campbell@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

This Notice of Withdrawal and Substitution of Counsel is effective immediately without further notice.

DATED this 14th day of July, 2026

CHOCK BARHOUM LLP

By: Sarah Tuthill-Kveton

John R. Barhoum, OSB #045150
john.barhoum@chockbarhoum.com
Rachel E. Meche, OSB #194184
rachel.meche@chockbarhoum.com
Sarah Tuthill-Kveton, OSB #105324
sarah@chockbarhoum.com

*Withdrawing Attorneys for Defendants Target Corporation; Target Enterprise Inc.; Target Food Inc.; and Target Procurement LLC*

DATED this 14th day of July, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Cristen N. Campbell* [e-signed with permission]
Francis J. Torrence, OSB #175186
Cristen N. Campbell, OSB #120753
Telephone: 971.712.2800
Facsimile: 971.712.2801

*Substituting Attorneys for Defendants Target Corporation; Target Enterprise Inc.; Target Food Inc.; and Target Procurement LLC*



**LEWIS BRISBOIS BISGAARD & SMITH LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801